Paul Mankin, Esq. (264038)
Law Offices of Paul Mankin, IV
4655 Cass St. Suite 112
San Diego, CA 92109
Phone: 619-312-6385
Fax: 866 633-0228
pmankin@paulmankin.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERROL LEWIS, | Case No. 3:17-cv-00476-EMC |
| Plaintiff, | STIPULATION TO DISMISS WITH PREJUDICE |
| vs. | |
| STELLAR RECOVERY, INC., and DOES 1 through 10, inclusive, | |
| Defendant. | |

**TO THIS HONORABLE COURT:**

Plaintiff Errol Lewis and Defendant Stellar Recovery, Inc., stipulate to the dismissal of this matter, on the merits, with prejudice, all parties to bear his or its own costs and attorneys' fees, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Respectfully submitted this 21st Day of March, 2017
By: /s/Paul Mankin, IV
**Law Offices of Paul Mankin, IV**
Attorney for Plaintiff

By: /s/_Adam B. Rucker
**Hinshaw & Culbertson LLP**
Attorney for Defendant

## **FILER ATTESTATION**

Pursuant to Rule 5-1(i)(3) of the Local Rules of Practice in Civil Proceedings Before the United States District Court for the Northern District of California, I, Paul Mankin, IV, hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

<em>s/Paul Mankin IV</em><br>Paul Mankin IV

Filed electronically on this 21st day of March, 2017 with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

The Honorable Donna M. Ryu
California District Court
Northern District of California

Adam B. Rucker, Esq.
Hinshaw & Culberston, LLP
633 West 5th Street, 47th Fl.
Los Angeles, CA 90071
Attorney for all Defendants

This 21st day of March, 2017

<u>/s/Paul Mankin</u>
Paul Mankin, IV

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERROL LEWIS, | ) Case No. **3:17-cv-00476-DMR** |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| STELLAR RECOVERY, INC., and DOES 1 through 10, inclusive, | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own attorney's fees, costs and expenses.

Dated this __31st__ day of March 2017



_____
The Honorable

Order to Dismiss - 1